UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

v.

BAMBU FRANCHISING LLC and LING GEE REALTY CORPORATION,

                Defendants.

**ORDER**

21 Civ. 5759 (ER)

RAMOS, D.J.

    On July 4, 2021, Lin Kwok Keung brought this action against Bambu Franchising LLC ("Bambu") and Ling Gee Realty Corporation ("Ling Gee"). Bambu and Ling Gee were served on August 5, 2021 and August 6, 2021, respectively. Docs. 11–12. On October 8, 2021, after having been granted extensions of time, Bambu answered. Docs. 8, 10, 15. To date, defendant Ling Gee has neither appeared in this action nor responded to the Complaint.

    Keung is therefore directed to submit a status report regarding the case by **April 12, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                            Edgardo Ramos, U.S.D.J.