UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

– against –

BAMBU FRANCHISING LLC *and* LING GEE REALTY CORPORATION,

                Defendants.

**ORDER**

21 Civ. 5759 (ER)

RAMOS, D.J.:

    Plaintiff filed a letter motion to compel Bambu Franchising to produce franchisee information on May 20, 2022.  Doc. 21.  The Court directed Bambu Franchising to respond no later than May 30, 2022.  Doc. 22.  As of this date, there has been no further action.  The parties are therefore directed to submit a status report by September 6, 2022.

It is SO ORDERED.

Dated:   August 30, 2022
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.