UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

           Plaintiff,

– against –

BAMBU FRANCHISING LLC, et al.,

           Defendants.

**ORDER**

21-cv-5759 (ER)

Ramos, D.J.:

    Keung filed this Americans with Disabilities Act case on July 4, 2021. Doc. 1. On September 1, 2022, the Court granted Keung's request for leave to file an amended complaint. Doc. 25. Also on September 1, 2022, Keung filed the amended complaint, and an electronic summons issued. Docs. 26–30. Since then, there has been no activity in this case.

    Keung is directed to submit a status report by no later than Friday, August 18, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, Keung is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated:   August 10, 2023
          New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.