UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>         Plaintiff,<br><br>  -against-<br><br>BAMBU FRANCHISING LLC, et al.,<br><br>         Defendant. | 21-cv-5759 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 30, 2023, the Court issued a Notice of Reassignment. Dkt. 41. On September 11, 2023, Plaintiff submitted its status report. Dkt. 42. In addition to addressing the issues outlined in the Notice of Reassignment, which the Court appreciates, Plaintiff also requested a 45-day extension to the time for the yet-to-appear Defendants to respond to the complaint. The parties are reminded, going forward, to consult the Court's Individual Practices, which require that extension requests be submitted through letter motion.

  The extension request is GRANTED IN PART. Answers from both non-appearing Defendants are now due by **October 16, 2023, at 5:00 p.m.** If those Defendants fail to answer by then, Plaintiff must move for default judgment or voluntarily dismiss its claims by **October 18, 2023, at 5:00 p.m.**

  SO ORDERED.

Dated: September 12, 2023
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge