UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>       Plaintiff,<br><br>  -against-<br><br>BAMBU FRANCHISING LLC, et al.,<br><br>       Defendants. | 21-cv-5759 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 17, 2023, this Court granted a 45-day extension to the answer deadline for the non-appearing defendants. Dkt. 45. To date, those defendants have still not appeared. By January 15, 2024, at 5:00 p.m., Plaintiff's counsel shall file a status letter informing the Court of any updates on its effort to serve Defendants and any path forward in this case.

  SO ORDERED.

Dated: January 11, 2024
   New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge