UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>                             Plaintiff,<br><br>-against-<br><br>BAMBU FRANCHISING LLC, et al.,<br><br>                             Defendants. | 21-cv-5759 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 17, 2023, this Court granted a 45-day extension to the answer deadline for the non-appearing defendants. Dkt. 45. On January 11, 2024, because the non-appearing defendants still had not appeared, the Court ordered Plaintiff's counsel to file a status letter by January 15, 2024. Dkt. 46. To date, the non-appearing defendants still have not appeared, and Plaintiff's counsel has not submitted a letter.

      Plaintiff's counsel is reminded to regularly check the docket and to follow the Court's Orders. As a courtesy, the Court will extend the deadline to submit the status letter to **January 22, 2024**. If Plaintiff fails to prosecute or to comply with the Court orders, Defendant or this Court may move to dismiss the action. Fed. R. Civ. P. 41(b).

      SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                       United States District Judge